■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. ANNE MARIE JENNINGS, Admitted on June 10, 1991, at a term of the Appellate Division, First Department. [777 NYS2d 906]—Respondent reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Nardelli, J.P., Mazzarelli, Saxe, Ellerin and Williams, JJ. [*See* 247 AD2d 158 (1998).]